IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BOKF, NA, as successor indenture trustee | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. |
| | ) | |
| NATIONAL ASSISTANCE BUREAU, INC. | ) | 5:15-CV-382   MTT |
| CHATTAHOOCHEE NURSING, LLC and | ) | |
| GREYSTOKE HEALTH SYSTEMS, LTD. | ) | |
| | ) | |
|    Defendants | ) | |

**CORPORATE DISCLOSURE STATEMENT (AMENDED)
PURSUANT TO FED. R. CIV P. 7.1 AND LOCAL RULE 87.1
AND DEMAND FOR JURY TRIAL**

Defendant Chattahoochee Nursing, LLC ("Chattahoochee") provides the following corporate disclosure:   Chattahoochee has no subsidiaries.  Chattahoochee is wholly owned by Brogdon Family, LLC, a Georgia limited liability company. Brogdon Family, LLC has issued no securities that are publicly traded, therefore no publicly traded corporation owns 10% or more of the stock of Chattahoochee.  Brogdon Family, LLC is not owned by any publicly traded corporation.

Respectfully submitted, this 17th   day of March, 2016

    /Timothy McGaughey/
    Timothy J. McGaughey
    Georgia Bar No.  002290

    Timothy J. McGaughey, P.C.
    3577 Chamblee Tucker Road, Suite A # 313
    Atlanta, Georgia 30341
    (678) 533-7005
    tmcgaughey@tjmlaw.net
    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that this day I have served the foregoing Corporate Disclosure Statement by the Court's CM/ECF Filing System, which will send electronic notification to counsel listed below:

    Theodore N. Stapleton
    2802 Paces Ferry Road
    Suite 100-B
    Atlanta, Georgia 30339

    Walter Jones
    BALCH & BINGHAM, LLP
    30 Ivan Allen Jr. Boulevard, NW
    Suite 700
    Atlanta, Georgia 30308-3036

    David A. Pope
    Matthew R. Hall
    4875 Riverside Drive
    Suite 200
    Post Office Box 899
    Macon, Georgia 31202

This 17th day of March, 2016

                                        /Timothy McGaughey/
                                        Timothy J. McGaughey