IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BOKF, N.A., as successor indenture trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL ASSISTANCE BUREAU, INC., CHATTAHOOCHEE NURSING, LLC, and GREYSTOKE HEALTH SYSTEMS, LTD.,<br><br>    Defendants. | Civil Action File Number:<br>5:15-CV-00382-MTT |

## CONSENT MOTION TO STAY

COMES NOW Plaintiff, BOKF, N.A., d/b/a Bank of Oklahoma, solely in its capacity as successor indenture trustee, under that certain Trust Indenture dated as of March 1, 2000, together with Defendants who have appeared in this litigation, Chattahoochee Nursing, LLC and Greystoke Health Systems, Ltd., and hereby respectfully move this Court to temporarily stay this case.

The grounds for this motion are set forth in a memorandum filed contemporaneously herewith. At this time, the Indenture Trustee is presently satisfied that the remedies it seeks are being achieved through a related bankruptcy proceeding and by a proceeding brought by the United States Securities and Exchange Commission, as set forth in more detail in the memorandum. The parties believe that a stay is appropriate in order to allow time to determine how these two proceedings unfold.

[Signatures on following page]

Respectfully submitted this 31st day of March, 2016.

*/s/ Walter E. Jones*
T. Joshua R. Archer
Georgia Bar Number 021208
Walter E. Jones
Georgia Bar Number 163287

BALCH & BINGHAM LLP
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 962-3544
Facsimile: (404) 786-2743
jarcher@balch.com
wjones@balch.com

*Counsel for Plaintiff*
*BOKF, N.A.*

*/s/ Timothy J. McGaughey*
Timothy J. McGaughey
Georgia Bar Number 002290

TIMOTHY J. MCGAUGHEY, P.C.
3577 Chamblee Tucker Road
Suite A # 313
Atlanta, Georgia 30341
Telephone: (678) 533-7005
tmcgaughey@tjmlaw.net

*Counsel for Defendant*
*Chattahoochee Nursing, LLC*

*/s/ David A. Pope*
David A. Pope
Georgia Bar Number 583780
Matthew R. Hall
Georgia Bar Number 319225

SPIVEY, POPE, GREEN
& GREER, LLC

4875 Riverside Drive
Suite 200
Post Office Box 899
Macon, Georgia 31202
Telephone: (478) 254-8866
Facsimile: (478) 254-8980
dpope@spgglaw.com
mhall@spgglaw.com

*Counsel for Defendant*
*Greystoke Health Systems, Ltd.*